IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Patrick Aaron Moone,<br><br>　　　　　　Defendant. | No. CR 10-8046 PCT MHM<br><br>**ORDER** |

  On 9/2/2010, Magistrate Judge Edward C. Voss issued "Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty and Order."  Magistrate Judge Voss recommended that the District Court Judge accept the Defendant's plea of guilty, subject to the Court's acceptance of the Plea Agreement.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).  The Court accepts the Recommendation of Magistrate Judge Voss.

  Accordingly,

  **IT IS HEREBY ORDERED** accepting the Defendant's plea of guilty.

  **IT IS FURTHER ORDERED** that the plea agreement will not be accepted or rejected at this time but the matter will be referred to the Probation Office for report and recommendation.  In this connection, the Defendant may be interviewed by the Probation Officer and the Court

/ / /

/ / /

1  will inspect the presentence report for the purpose of determining whether to accept of reject
2  the plea agreement.
3       DATED this 22nd day of September, 2010.

_____
Mary H. Murguia
United States District Judge